IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 5 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00549-BNB

DEREK ISAAC ALLMON,
    Plaintiff,

v.

HARLEY LAPPIN,
BLAKE DAVIS,
DEBORAH LOCKE,
DIANA KRIST, and
R. KRIST,
    Defendants.

---

## ORDER ASSIGNING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Marcia S. Krieger and to Magistrate Judge Craig B. Shaffer. Accordingly, it is

ORDERED that this case shall be assigned to Judge Marcia S. Krieger pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Craig B. Shaffer.

DATED April 5, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00549-BNB

Dereck Isaac Allmon
Reg. No. 12579-076
ADX Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 5, 2011.

                                            GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                      Deputy Clerk