IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00549-MSK-CBS

DEREK ISAAC ALLMON,

    Plaintiff,

v.

HARLEY LAPPIN,
BLAKE DAVIS,
DEBORAH LOCKE,
DIANA KRIST, and
R. KRIST,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY -2 2011

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on its own motion. After careful review and consideration, it now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 2nd day of May, 2011.

BY THE COURT:

*Marcia S. Krieger* (signature)

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00549-MSK-CBS

Derek Isaac Allmon
Reg. No. 12579-076
ADX - Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Blake Davis, Deborah Locke, Diana Krist, and R. Krist

Harley G. Lappin, Director - **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Blake Davis, Deborah Locke, Diana Krist, and R. Krist; to Harley G. Lappin; to the United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 3/30/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/2/11 .

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk