IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00549-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: August 31, 2011 | Courtroom Deputy: Laura Galera |

*Parties:*  *Counsel:*

DEREK ISAAC ALLMON,                          Pro Se (By Telephone)

    Plaintiff,

v.

HARLEY LAPPIN,                                      Susan B. Prose
BLAKE DAVIS,
DEBORAH LOCKE,
DIANA KRIST, and
R. KRIST,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in session: 10:47 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding Plaintiff's Motion for Leave to Join [27].

**ORDERED:** Plaintiff's Motion for Leave to Join [27] is DENIED WITHOUT PREJUDICE TO THE RIGHTS OF THE PARTIES NAMED AS "CO-PLAINTIFFS" TO JOIN ON THEIR BEHALF.

**ORDERED:** The Clerk's Office is directed to send the Plaintiff documents 35 (with attached exhibits that are not sealed), 36 and 37.

**ORDERED:** Plaintiff to file a response to Defendant's Motion to Dismiss Plaintiff's Complaint [Doc. 3] no later than October 3, 2011.

**ORDERED:** All discovery is temporarily STAYED pending a ruling on the Defendant's Motion to Stay Discovery [37].

HEARING CONCLUDED.

**Court in recess: 11:21 a.m.**
Total time in court:     00:34

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.