IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00549-MSK-CBS

DEREK ISAAC ALLMON,
    Plaintiff,
v.

HARLEY LAPPIN,
BLAKE DAVIS,
DEBORAH LOCKE,
DIANA KRIST, and
R. KRIST,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Mr. Allmon's "Motion to Amend Civil Action" (filed September 8, 2011) (Doc. # 42). Pursuant to the Amended Order of Reference dated April 12, 2011 (Doc. # 8) and the memorandum dated September 9, 2011 (Doc. # 43), this matter was referred to the Magistrate Judge. The court has reviewed the motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Defendants do not oppose the Motion. Mr. Allmon may amend his "pleading once as a matter of course . . . within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a). Mr. Allmon filed the Motion within 21 days after Defendants filed their Motion to Dismiss pursuant to Rule 12(b). Accordingly,

1

IT IS ORDERED that:

1. Plaintiff's "Motion to Amend Civil Action" (filed September 8, 2011) (Doc. # 42) is GRANTED.

2. The Amended Complaint (Doc. # 42-1) is accepted for filing as of the date of this Order.

DATED at Denver, Colorado this 22nd day of September, 2011.

BY THE COURT:

  s/ Craig B. Shaffer
United States Magistrate Judge