IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00549-MSK-CBS

DEREK ISAAC ALLMON,
    Plaintiff,
v.

BUREAU OF PRISONS,
HARLEY LAPPIN,
BLAKE DAVIS,
DEBORAH LOCKE,
R. KRIST, and
DIANA KRIST,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2011

GREGORY C. LANGHAM
               CLERK

---

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Amended Complaint (Doc. # 53). Pursuant to the Amended Order of Reference dated April 12, 2011 (Doc. # 8), this case was referred to the Magistrate Judge. Plaintiff Mr. Allmon is currently incarcerated. It is now

    ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Federal Bureau of Prisons. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Amended Complaint (Doc. # 53) and summons upon Defendant Federal Bureau of Prisons. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

    FURTHER ORDERED that after service of process, all Defendants shall respond

1

to the Amended Complaint (Doc. # 53) as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 22nd day of September, 2011.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00549-MSK-CBS

Derek Isaac Allmon
Reg. No. 12579-076
ADX - Florence
PO Box 8500
Florence, CO 81226

Federal Bureau of Prisons - **CERTIFIED**
c/o Harley G. Lappin, Director
320 First Street, N.W.
Washington, D.C. 20534

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

Susan B. Prose
Assistant United States Attorney
U.S. Attorney's Office
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Federal Bureau of Prisons c/o Harley G. Lappin; to the United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 9/22/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/26/11.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk