IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00549-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: October 18, 2011 | Courtroom Deputy: Laura Galera |

*Parties:*                                          *Counsel:*

DEREK I. ALLMON,                          Pro Se (by telephone)

     Plaintiff,

v.

HARLEY LAPPIN, et al.,                    Susan B. Prose

     Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**
**Court in Session:      10:01 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding discovery and Defendant's Motion to Stay Discovery Doc. # [37].

Plaintiff inquires as to production of documents.

For the reasons stated on the record, it is:

**ORDERED:**   Defendant's Motion to Stay Discovery Doc.# [37] is DENIED WITHOUT PREJUDICE.

**ORDERED:**   All discovery is STAYED as to the individual defendants. Plaintiff is allowed to serve discovery as to the Bureau of Prisons.

**ORDERED:**   The number of interrogatories and requests for production is limited to 25 each.

**ORDERED:**   Defendant's Motion to Dismiss Plaintiff's Complaint [Doc. 3] Doc.#[35] is DENIED

WITHOUT PREJUDICE.

HEARING CONCLUDED.
**Court in recess**:          **10:28**
Total time in court:     00:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.