IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00549-MSK-CBS

DEREK I. ALLMON,
    Plaintiff,
v.

BUREAU OF PRISONS,
HARLEY LAPPIN,
BLAKE DAVIS,
DEBORAH LOCKE,
R. KRIST, and
DIANA KRIST,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Mr. Allmon's oral motion requesting that the court appoint counsel, made in open court on January 13, 2012. Pursuant to the Amended Order of Reference dated April 12, 2011 (Doc. # 8), this civil action was referred to the Magistrate Judge. The court has considered Mr. Allmon's request, the pleadings, the entire case file, the discussions held at the January 13, 2012 hearing, and the applicable law and is sufficiently advised in the premises.

    While indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983), in its discretion the court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). The court may request legal

1

counsel for Mr. Allmon by placing this case on the list of cases for which counsel may choose to volunteer. At the January 13, 2012 hearing, Mr. Allmon advised the court of circumstances, and the case presents circumstances, that support placing this case on the list for volunteer counsel. Accordingly,

IT IS ORDERED that:

1. Plaintiff Mr. Allmon's oral motion requesting that the court appoint counsel, made in open court on January 13, 2012, is GRANTED.

2. The court requests that the Clerk of the Court place this case on the list of cases for which counsel may choose to volunteer.

DATED at Denver, Colorado, this 13th day of January, 2012.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge