IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00549-MSK-CBS

DEREK ISAAC ALLMON,
    Plaintiff,
v.

BUREAU OF PRISONS,
HARLEY LAPPIN,
BLAKE DAVIS,
DEBORAH LOCKE,
R. KRIST, and
DIANA KRIST,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) "Defendants' Motion for Leave to Submit Document for *In Camera* Review" (filed August 19, 2011) (Doc. # 36); (2) "Defendants' Motion to Seal Plaintiff's Response to Motion for *In Camera* Review" (filed September 20, 2011) (Doc. # 47); (3) "Defendants' Motion to Strike Plaintiff's Response to Motion for *In Camera* Review" (filed September 21, 2011) (Doc. # 50); (4) Plaintiff Mr. Allmon's "Motion for Continuance on the Plaintiff's Response and to Stay Defendant[s'] Motion to Dismiss" (filed November 4, 2011) (Doc. # 75); and (5) "Defendants' Renewed Motion to Stay Discovery and for Entry of Protective Order" (filed November 23, 2011) (Doc. # 76). Pursuant to the Amended Order of Reference dated April 12, 2011 (Doc. # 8) and the memoranda dated December 15, 2011 (Docs. # 79, # 80, # 81, # 82, and # 83), these matters were referred to the Magistrate Judge. The court having reviewed

1

the matters, the entire case file, the arguments made at the hearing held on January 13, 2012, and the applicable law and being sufficiently advised in the premises,

IT IS ORDERED that:

1. "Defendants' Motion for Leave to Submit Document for *In Camera* Review" (filed August 19, 2011) (Doc. # 36) is GRANTED. The November 3, 2009 letter may be submitted to the court *in camera*. As this case has been placed on the list for volunteer counsel and for the reasons stated in Defendants' Motion, Defendants need not provide a copy of the letter to Mr. Allmon.

2. "Defendants' Motion to Seal Plaintiff's Response to Motion for *In Camera* Review" (filed September 20, 2011) (Doc. # 47) is GRANTED. "Plaintiff's Response to Motion to Submit Document for In Camera Review" (Doc. # 46) shall be RESTRICTED at Level 3, with access limited to the court only.

3. "Defendants' Motion to Strike Plaintiff's Response to Motion for *In Camera* Review" (filed September 21, 2011) (Doc. # 50) is DENIED as unnecessary in light of the restricting of the document in response to Defendants' Motion to Seal and the placing of this case on the list for volunteer counsel.

4. Discovery is stayed at this time based on Mr. Allmon's representation regarding his current health condition, the placement of this case on the list for volunteer counsel, and the legal issues, including qualified immunity, raised by the Defendants in their Motion to Dismiss (Doc. # 74).

5. Briefing on the Motion to Dismiss (Doc. # 74) is STAYED until the next status conference is held in this case. The court will set a Status Conference by separate Order after volunteer counsel has entered an appearance for Plaintiff.

6. Mr. Allmon's "Motion for Continuance on the Plaintiff's Response and to Stay Defendant[s'] Motion to Dismiss" (filed November 4, 2011) (Doc. # 75) is DENIED AS MOOT. Additional time to conduct discovery is unnecessary at this time in light of the stay of discovery. Additional time for Mr. Allmon to prepare a response is unnecessary in light of the stay of briefing on the Motion to Dismiss.

7. "Defendants' Renewed Motion to Stay Discovery and for Entry of Protective Order" (filed November 23, 2011) (Doc. # 76) is DENIED AS MOOT at this time, in light of the stay of discovery, without prejudice to refiling.

DATED at Denver, Colorado this 17th day of January, 2012.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge