IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00549-MSK-CBS

DEREK ISAAC ALLMON,
    Plaintiff,

v.

BUREAU OF PRISONS,
HARLEY LAPPIN,
BLAKE DAVIS,
DEBORAH LOCKE,
R. KRIST, and
DIANA KRIST,
    Defendants.

---

## ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendants' "Unopposed Motion for Entry of Protective Order" (filed July 17, 2012) (Doc. # 102). Pursuant to the Amended Order of Reference dated April 12, 2011 (Doc. # 8) and the memoranda dated July 17, 2012 (Doc. #103), this matter was referred to the Magistrate Judge.

    IT IS ORDERED that Defendants' "Unopposed Motion for Entry of Protective Order" (filed July 17, 2012) (Doc. # 102) is GRANTED.

DATED at Denver, Colorado, this 3rd day of August, 2012.

                                      BY THE COURT:

                                      s/Craig B. Shaffer
                                      United States Magistrate Judge